# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA LOUISE EMANUELE,<br><br>  Plaintiff,<br><br>  vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>  Defendant | Case No.: 2:23-cv-07905-SK<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $1,400.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $402.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: January 9, 2024

_____
THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE